**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RODNEY SMITH, LTD.,<br><br>Plaintiff,<br>v.<br><br>DOTDASH MEREDITH INC.,<br><br>Defendant. | Case No.: 1:25-cv-04404<br><br>**DEFENDANT DOTDASH MEREDITH INC.'S ANSWER AND AFFIRMATIVE DEFENSES** |

Defendant Dotdash Meredith Inc. ("Defendant") hereby files its Answer and Affirmative Defenses to Plaintiff Rodney Smith, Ltd.'s ("Plaintiff") Complaint and respectfully shows the Court as follows:

## GENERAL DENIAL

Pursuant to Fed. R. Civ. P. 8(b)(3), Defendant denies all allegations in Plaintiff's Complaint except those specifically admitted below.

## THE PARTIES

1. RSL is Corporation headquartered in Palisades, New York. Rodney Smith ("Smith") was an experienced, commercial photographer of over forty-eight years, specializing in portrait and landscape photography. Smith's distinct style is whimsical, surreal, classical, timeless, romantic, humorous, and serene, blending location, model, and stylist. Smith captured images on film without any retouching. Smith's work continues to be shown at museums and galleries such as Staley-Wise Gallery, J Paul Getty Museum, National September 11 Museum, Museum of Fine Arts, Boston, and the University of Virginia, Bayley Museum. Smith's work is sought after by private collectors as well. RSL is the assignee of Smith's copyrighted photographs.

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint and therefore**

**denies the same.**

2. Defendant is a Corporation organized and existing under the laws of the State of New York with its principal place of business located in New York, New York. Defendant's agent for service of process is C.T. Corporation System and may be served at: 28 Liberty Street, New York, New York 10005.

**RESPONSE: Defendant admits that its agent for service of process is C.T. Corporation System and may be served at: 28 Liberty Street, New York, New York 10005. Defendant further admits that it is registered in New York as a foreign business corporation. All remaining allegations contained in Paragraph 2 of Plaintiff's Complaint are denied as stated.**

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**RESPONSE: The allegations of Paragraph 3 of Plaintiff's Complaint are legal conclusions to which no response is required. To the extent Paragraph 3 contains statements that are not legal conclusions, Defendant admits that this Court has jurisdiction over the subject matter of this action. Defendant expressly denies that Plaintiff has any valid cause of action against Defendant and any liability associated with or arising from Plaintiff's alleged claims.**

4. This Court has personal jurisdiction over Defendant because Defendant has maintained sufficient minimum contacts with the State of New York and as a result the exercise of personal jurisdiction over Defendant by this Court would not offend traditional notices of fair play and substantial justice.

**RESPONSE: The allegations of Paragraph 4 of Plaintiff's Complaint are legal**

**conclusions to which no response is required. To the extent Paragraph 4 contains statements that are not legal conclusions, for purposes of this action alone, Defendant does not contest personal jurisdiction in this District. Defendant expressly denies that Plaintiff has any valid cause of action against Defendant and any liability associated with or arising from Plaintiff's alleged claims.**

5. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

**RESPONSE: The allegations of Paragraph 5 of Plaintiff's Complaint are legal conclusions to which no response is required. To the extent Paragraph 5 contains statements that are not legal conclusions, for purposes of this action alone, Defendant does not contest venue in this District. Defendant expressly denies that Plaintiff has any valid cause of action against Defendant and any liability associated with or arising from Plaintiff's alleged claims.**

## FACTS

### I. The Photographs at Issue in this Lawsuit

6. In March 2011, Smith captured the photograph, "TRU2998037," ("Copyrighted Photograph 1") a copy of which is exhibited below:



**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 6 of Plaintiff's Complaint and therefore denies the same.**

7. In August 2012, Smith captured the photographs, "MSW-0812- 011 -09 R," "MSW - 0812-038-03," "MSW-0812-083-15," "MSW-0812-091-13," "MSW-0812-021-02," "MSW-0812-109-18," "TRU2998066," "MSW-0812-070-13," "MSW-0812-100-14," "MSW-0812-025-02," "MSW-0812-078-15," and "MSW-0812-048-04," ("Copyrighted Photographs 2-13") copies of which are exhibited below:













 

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 7 of Plaintiff's Complaint and therefore denies the same.**

8. In October 2013, Smith captured the photographs, "TRU2997966," and "TRU2281470," ("Copyrighted Photographs 14 and 15") copies of which are exhibited below:

 

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 8 of Plaintiff's Complaint and therefore denies the same.**

9. Copyrighted Photograph 1 was registered by RSL with the United States Copyright Office on February 8, 2021 (Registration No. VA 2-239-158).

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 9 of Plaintiff's Complaint and therefore denies the same.**

10. Copyrighted Photographs 2, 3, 6, 7, 8, 10, and 12 were registered by RSL with the United States Copyright Office on February 8, 2021 (Registration No. VA 2-239-159).

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 10 of Plaintiff's Complaint and therefore denies the same.**

11. Copyrighted Photographs 4, 5, 9, 11, and 13 were registered by RSL with the United States Copyright Office on June 8, 2023 (Registration No.: VA 2-354-294).

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 11 of Plaintiff's Complaint and therefore denies the same.**

12. Copyrighted Photographs 14 and 15 were registered by RSL with the United States Copyright Office on February 8, 2021 (Registration No.: VA 2-239-160).

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 12 of Plaintiff's Complaint and therefore denies the same.**

13. Plaintiff is the exclusive copyright holder of all copyright rights in and to Copyrighted Photographs. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

**RESPONSE: Defendant is without sufficient information or knowledge to admit or**

**deny the allegations contained in Paragraph 13 of Plaintiff's Complaint and therefore denies the same.**

## II. Defendant's Alleged Activities

14. Defendant is a media company who owns and operates multiple brands, including but not limited to Martha Stewart and Real Simple.

**RESPONSE: Defendant admits that it is a media company that owns and operates multiple brands. All remaining allegations contained in Paragraph 14 of Plaintiff's Complaint are denied.**

15. Defendant owns, operates, and is solely responsible for the content posted to its commercial websites, www.marthastewart.com, and www.realsimple.com.

**RESPONSE: Denied.**

16. Defendant maintains corresponding commercial social media accounts on various platforms. Defendant operates commercial Pinterest accounts under the handles "@MarthaStewart," "@MarthaStewartLiving," and "@MarthaStewartWeddings."

**RESPONSE: Defendant admits that it maintains social media accounts on various platforms. All remaining allegations contained in Paragraph 16 of Plaintiff's Complaint are denied as stated.**

17. Starting on or around September 20, 2018, Defendant copied and posted Copyrighted Photographs to its commercial websites, www.marthastewart.com/7872716/light-as-air-weddingdresses, www.marthastewart.com/7935108/best-wedding-dress-shopping-tips, www.realsimple.com/work-life/women-irl, www.realsimple.com/ad-tags/carnation, www.realsimple.com/work-life/life-strategies/start-your-day, www.realsimple.com/worklife/life-strategies/life-balance-0, and www.realsimple.com/health/mind-mood/self-help:



Yaheetech Iron Metal Dining Chairs Stack...
2,713
Shop now
*93.99

EXPLORE martha stewart
Martha's Blog | Your Account | Login

MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES

weddings

Gorgeous Wedding Gowns

Pin | More | View All

1 of 26

Divine Heights

Get swept off your feet by these lighthearted and swoon-worthy wedding dresses.

Turn heads at your ceremony with a 10-foot train of seraphic silk chiffon, then delight guests once more when you remove the dramatic overskirt to reveal a dance floor–grazing hem.

Joanna August

"Harb" gown and "Carrie" skirt; Stephen Russell earrings (212-570-6900).

1 of 26 | View All | NEXT SLIDE

Trending Videos

Search for
Up to 70% Off on Wedding Gowns
Designer Wedding Gowns
10 Best Wedding Dresses
Mother of the Bride Dresses 2021

Enjoy all the best from Cooking Light with CookingLight All Access
Start Today

ADVERTISEMENT

View All

A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big

Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...

20 Mother-of-the-Bride Dresses That Aren't Matronly

How to Work Your Wedding Color Palette Into the Design Landscape of Your



$11.00 off coupon
Yaheetech 24inch Seat Height Tolix Style Dining S...

EXPLORE martha stewart
Martha's Blog | Your Account | Login

MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES

weddings

Gorgeous Wedding Gowns

Pin | More | View All

3 of 26

Amazing Grace

Bare shoulders and plunging necklines scream sexy. A fits-like-a-glove lace sheath with cap sleeves and an elegant mandarin collar whispers it alluringly.

Ian Stuart "Tiger Lily" gown (Available at Panache Beverly Hills, 310-657-7100); De Beers

earrings and "Aura" ring.

3 of 26 | View All | NEXT SLIDE

Trending Videos

PROTECT WHAT YOU LOVE.
SMOKEY
HELP PREVENT WILDFIRES

love has no labels
Before anything else, we're human. Let's put aside labels in the name of love.

ADVERTISEMENT

View All

A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big

Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...

20 Mother-of-the-Bride Dresses That Aren't Matronly

How to Work Your Wedding Color Palette Into the Design Landscape of Your


Yaheetech 24inch Seat Height Tolix Style ...
2,763
Shop now
EXPLORE
martha stewart
Martha's Blog
Your Account
Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
More
View All
4 of 26
Quarry Days
Crisp with a moonlike sheen, this eminently feminine strapless silk-faille style borrows its sharp, double-breasted bodice from the boys. A smart, wide-brim hat channels Audrey Hepburn's gamine elegance.
Carolina Herrera
"Isolde" gown;
Suzanne Couture Millinery
straw hat;
Assael
earrings;
Tiffany & Co.
ring.
4 of 26
View All
NEXT SLIDE
Trending Videos
Search for
Up to 70% Off on Wedding Gowns
Designer Wedding Gowns
10 Best Wedding Dresses
Mother of the Bride Dresses 2021
Search for
Up to 70% Off on Wedding Gowns
Designer Wedding Gowns
Vintage Wedding Gowns
Plus Size Wedding Dresses
ADVERTISEMENT
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette Into the Design Landscape of Your


Yaheetech 24inch Seat Height Tolix Style ...
2,763
Shop now
EXPLORE
martha stewart
Martha's Blog
Your Account
Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
More
View All
5 of 26
Outer Space
This versatile ribbed-crepe blouse and flouncy, feathery skirt will look airy and ethereal during vow hour and later feel as festive as a flute of Champagne when the clock strikes party.
Honor
blouse;
Kate Spade
"Marybelle" skirt;
Kwiat
earrings and ring; Laurence Dacade for
Thakoon
pumps.
5 of 26
View All
NEXT SLIDE
Trending Videos
Search for
Up to 70% Off on Wedding Gowns
Designer Wedding Gowns
10 Best Wedding Dresses
Mother of the Bride Dresses 2021
Search for
Up to 70% Off on Wedding Gowns
Designer Wedding Gowns
10 Best Wedding Dresses
Mother of the Bride Dresses 2021
ADVERTISEMENT
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette Into the Design Landscape of Your


Enjoy all the best from Cooking Light with
CookingLight All Access
Start Today
EXPLORE martha stewart
Martha's Blog | Your Account | Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
••• More
View All
6 of 26
Floral Aura
In true ladylike fashion, the charms of this tea-length alencon-lace frock reveal themselves slowly and with poise. Start by loving the nipped-in waist, then notice the swingy circle-cut skirt and chaste sweetheart bodice.
Justin Alexander
gown;
Bell'occhio
"Lavandiere" hat;
Oscar Heyman
earrings;
Ivanka Trump
ring; Alberta Ferretti shoes (310-652-9000).
6 of 26 View All
NEXT SLIDE
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette Into the Design Landscape of Your
Trending Videos
SMOKEY
LEARN MORE
PROTECT WHAT YOU LOVE.
SMOKEY
HELP PREVENT WILDFIRES
ADVERTISEMENT


Yaheetech 30 Inches Metal Bar Stools Hig...
Shop now
EXPLORE martha stewart
Martha's Blog | Your Account | Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
••• More
View All
7 of 26
Constellation Prize
True, the slinky silhouette of this draped tulle gown hearkens back to the 1940s, but its thigh-high slit, atmospheric hue, and twinkling sequined zigzags are hot off today's runways.
Anna Sui for Bhldn
"Aiguille" gown; Stephen Russell bracelet (212-570-6900);
Tiffany & Co.
bracelet and ring.
7 of 26 View All
NEXT SLIDE
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette Into the Design Landscape of Your
Trending Videos
SMOKEY
LEARN MORE
Learn, act, and donate to fight against racial injustice.
ADVERTISEMENT


JURASSIC WORLD DOMINION
WATCH NOW
prime video
EXPLORE
martha stewart
Martha's Blog
Your Account
Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
More
View All
8 of 26
Branching Out
Cascading organza ruffles and tumbling layers of tulle and lace are the stuff of fairy tales and fantasies. Thanks to a timeless hourglass shape, this gown is firmly rooted in reality.
Vera Wang
Bride gown; A. Link for
Forevermark
earrings.
8 of 26
View All
NEXT SLIDE
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette into the Design Landscape of Your
Trending Videos
ZAFUL
Natural tie dye trend
Search for
Up to 70% Off on Wedding Gowns
Vintage Wedding Gowns
Designer Wedding Gowns
Dresses for Women Over 60 Online
ADVERTISEMENT


Liberty Mutual.
INSURANCE
We customize so you could save $947.
Get your quote
EXPLORE
martha stewart
Martha's Blog
Your Account
Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
More
View All
9 of 26
Celestial Studies
A featherweight, pleated tulle underskirt gives this strapless silk-satin number a schoolgirlish charm. And for bonus points? A gossamer peplum provides a flirty wink.
Alberta Ferretti gown (310-652-9000). Cartier
bracelet and ring.
9 of 26
View All
NEXT SLIDE
View All
Kate Middleton and Prince William Unveiled Their First Royal Portrait
How to Find a Wedding Dress Seamstress You Click With
These Grooms Channeled the Spirit of New Orleans Into Their Fun-Forward Wedding at an Art
Camilla, the Duchess of Cornwall, Just Made a Rare Comment About Her and Prince Charles'
Trending Videos
Ad
How To Empty Your Bowels Ea...
Learn More
Search for
Up to 70% Off on Wedding Gowns
Dresses for Women Over 60
Vintage Wedding Gowns
Designer Wedding Gowns
ADVERTISEMENT



$8.00 off coupon
Yaheetech 24 inch barstools Set of 4 Counter Hei...

EXPLORE martha stewart Martha's Blog Your Account Login

MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES

weddings

Gorgeous Wedding Gowns

Pin ••• More View All

10 of 26

Lunar Gaze

Two 21st-century details—convenient, hidden pockets and a skinny, waist-cinching belt—prevent the nebulous swirls of antiquey lace applique on this mermaid gown from seeming stiff or stodgy. A come-hither french net fascinator adds a shot of modern whimsy.

Junko Yoshioka "Zarya" gown (available at Mark Ingram Atelier, 212-319-6778); Suzanne Couture Millinery

fascinator;

Fred Leighton

earrings.

10 of 26 View All NEXT SLIDE

Trending Videos

Search for
Up to 70% Off on Wedding Gowns
Vintage Wedding Gowns
Designer Wedding Gowns
Dresses for Women Over 60 Online

Search for
Up to 70% Off on Wedding Gowns
Designer Wedding Gowns
Vintage Wedding Gowns
Dresses for Women Over 60 Online

ADVERTISEMENT

View All

A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big

Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...

20 Mother-of-the-Bride Dresses That Aren't Matronly

How to Work Your Wedding Color Palette Into the Design Landscape of Your



Yaheetech 30 Inches Metal Bar Stools Hig...
2,905
$124.99
Add to Cart

EXPLORE martha stewart Martha's Blog Your Account Login

MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES

weddings

Gorgeous Wedding Gowns

Pin ••• More View All

11 of 26

Ripple Effect

Architectural ruching on this silk-gazar gown makes your decolletage (and the killer jewels adorning it) the center of attention, if not the universe.

Rivini

by Rita Vinieris "Vionette" gown;

Harry Winston

"Cluster" earrings, "Cluster" necklace, and ring.

11 of 26 View All NEXT SLIDE

Trending Videos

SMOKEY

ADVERTISEMENT

View All

A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big

Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...

20 Mother-of-the-Bride Dresses That Aren't Matronly

How to Work Your Wedding Color Palette Into the Design Landscape of Your


Yaheetech 24inch Seat Height Tolix Style ...
Shop now
EXPLORE
martha stewart
Martha's Blog
Your Account
Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
More
View All
12 of 26
Zero Gravity
Zip yourself into this cloud of layered tulle, and you won't want to stop moving. Every spin, swoosh, and twirl allows the substratum of pale periwinkle to peek through—the ultimate in "something blue."
Lazaro
"Wisteria" ball gown;
Forevermark
"Center of My Universe" earrings.
Trending Videos
Search for
Up to 70% Off on Wedding Gowns
Vintage Wedding Gowns
Designer Wedding Gowns
Dresses for Women Over 60 Online
Search for
Up to 70% Off on Wedding Gowns
Designer Wedding Gowns
Vintage Wedding Gowns
Dresses for Women Over 60 Online
ADVERTISEMENT
12 of 26
View All
NEXT SLIDE
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette Into the Design Landscape of Your


Yaheetech 30 Inches Metal Bar Stools Hig...
Shop now
EXPLORE
martha stewart
Martha's Blog
Your Account
Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
Gorgeous Wedding Gowns
Pin
More
View All
13 of 26
Arch Angel
You could call this silk-faille gown's piece de resistance a bow, but that would be like referring to the Hope Diamond as a mere rock. A floor-skimming, softly draped skirt balances the knot's cosmic proportions.
Rafael Cennamo gown (available at The White Dress, 949-723-0121); De Beers
bracelet;
Tiffany & Co.
ring.
Trending Videos
Enjoy all the best from Cooking Light with
Cooking Light All Access
Start Today
START NOW
>> Start now
Web Safety
ADVERTISEMENT
13 of 26
View All
NEXT SLIDE
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette Into the Design Landscape of Your


Enjoy all the best from Cooking Light with
CookingLight All Access
Start Today
EXPLORE
martha stewart
Martha's Blog
Your Account
Login
MARTHASTEWART.COM | WEDDINGS | DRESSES & STYLE | FASHION | WEDDING DRESSES
weddings
The Best Wedding Dress Shopping Tips
Pin
More
View All
4 of 18
Do Your Research
Before you hit the shops, think about what kind of dress you want. Pull pages from magazines, browse our Dress Finder, and see our Pinterest boards for ideas. Keep a folder where you can stash tear-outs, fabric samples, and anything else you love, and use your smartphone or tablet to swipe through Pinterest boards. "At most salons, the majority of gowns aren't out on the floor," explains Ingram. "In order to pull the right styles from the back, your consultant needs to get a feel for what you're looking for. The more guidance you can provide, the better!"
Trending Videos
Enjoy all the best from Cooking Light with
CookingLight All Access
Start Today
TOP TITLES NOW UP TO
90% OFF
SHOP NOW
ADVERTISEMENT
4 of 18
View All
NEXT SLIDE
View All
A Saturated Color Palette Defined These Brides' Wedding in New Orleans, Which Felt Like One Big
Prince Harry Has Written a "Wholly Truthful" Memoir—and It Reportedly Highlights Hi...
20 Mother-of-the-Bride Dresses That Aren't Matronly
How to Work Your Wedding Color Palette Into the Design Landscape of Your


An Apple Original Film
SKYDANCE
Luck
AUGUST 5
tv+
Watch Trailer
EXPLORE
REAL SIMPLE
Your Account
Login
SUBSCRIBE
Simple Ways to Kick Start Your Day
Feeling sluggish in the morning? Try these tips and tricks to help wake you up and keep you going all day long.
LIFE STRATEGIES
10 Tricks to Make Waking Up Easier
LIFE STRATEGIES
5 Easy Ways to Improve Your Day
QUICK & EASY MEALS
13 Easy Breakfast Recipes
Luck
tv+
AUGUST 5
Watch Trailer
Rise and Shine
TIME MANAGEMENT
Quiz: Are You an Early Bird or a Night Owl?
TIMESAVERS
5 Ways to Save Time in the Morning
YOUR WORDS
13 Tricks to Boost Your Energy
FOOD SHOPPING & STORING
8 Grab-and-Go Breakfasts
van's
ANCIENT



An Apple Original Film by SKYDANCE ANIMATION
Luck
AUGUST 5
tv+
Watch Trailer

EXPLORE REAL SIMPLE Your Account Login SUBSCRIBE

# Achieving Life Balance

It's a tricky walk on the high wire, trying to find just the right balance in your life: of work and personal, of family and friends, of diet and exercise, in beauty routines, and even of social media usage. Here's how to find your balance.

HEALTHY MEALS
15 Recipes for a Healthy Diet

TECHNOLOGY
The Psychology of Social Media

FITNESS & EXERCISE
7 Balance Exercises You Can Do at Home

## Find Your Tipping Point

FITNESS & EXERCISE
6 Ways to Improve Your Balance

TECHNOLOGY
8 Ways to Break Free From Your Social Media Addiction

HEALTH BASICS
5 Conditions That Can Cause Balance Problems

TECHNOLOGY
5 Strategies to Finally Tame Your Inbox

HEALTHY EATING
5 Guidelines for a Healthy Diet

MIND & MOOD
7 Tips to Keep You Calm

MIND & MOOD
How to Find Your Life Balance



TIME INC. NETWORK: REAL SIMPLE | COZI | FOOD & WINE | COOKING LIGHT | MYRECIPES | INSTYLE | TRAVEL + LEISURE | MORE

RS solution seekers — Join our community of Solution Seekers!

REAL SIMPLE
LIFE MADE EASIER

food & recipes | home & organizing | beauty & fashion | holidays & entertaining | weddings | health | family & work | checklists | magazine

SUBSCRIBE | VIDEO | MEAL PLANNER | PODCASTS | SHOP RS PRODUCTS | RS LIFESTYLERS — search all of Real Simple — go

Achieving Life Balance

Home

## Balance or Bust

*One indefatigable woman takes on a marathon research project (2,330 pages of self-help!), determined to master life's juggling act—even if it kills her.*

By Marjorie Ingall

Print Email Save

I'm waiting at the Costco Tire Center for the stupid car to be fixed. I run out of cell-phone battery. My daughter is at a friend's house and calls four times, increasingly panicked about my unreachability. I'm behind schedule on three different work assignments. I need to write several condolence and thank-you notes. I owe e-mails to a dozen people. I haven't found time to exercise in a week. So I eat half a giant bag of Fun Size candy from Costco. As I chew, visions of a more balanced life ping wildly inside my skull: I long to master the clock, to be less vulnerable to the vicissitudes of others, more in charge of my own choices and destiny. I want to feel that I'm on top of my responsibilities while still having room for spontaneity. I want to not fall apart when one element breaks down. I want the satisfaction that comes with managing the needs of others, of commerce, and of self. Is that too much to ask?!

Rodney Smith

Clearly I'm in need of an intervention. And since I already tend toward extremes, I have the brilliant idea of zooming, full speed ahead, to life balance. I will go all in (thus proving beyond a shadow of a doubt my lack of balance), immersing myself for one month in books that promise cures. I will treat the pursuit of balance like cramming for exams. I start by buying every selection on Amazon that offers equipoise suggestions and looks as if it's written in semicoherent English, determined to deliver the best bits of wisdom, shining like gold nuggets in the dreck that is most self-help writing, to *Real Simple* readers. I winnow down my stack to seven standouts and dive in, highlighter in hand! Please allow me to share the best advice and techniques from each tome as I walk you through my BalanceQuest.

### Day 1

I cannot find the form for an occupational-therapy evaluation for my daughter Maxine. It nestles somewhere in the endless pile of magazines, mail, and random papers that seem to breed like Tribbles on the kitchen counter. I know, too, that hidden in there is insurance paperwork, a wedding-reply card, an envelope in which to send money for the classroom watercooler, and a free pass to a museum that I want to rescue before it disappears, like most everything that enters my paper orbit.

I take a page from *The Change Your Life Challenge* ($16, amazon.com), by Brook Noel. Noel offers up "the Five-Minute Rule": "**If something can be done in five minutes or less, do it now!** Don't add it to your to-do list. It will take more time and energy to write down, manage, and keep thinking about than it will take to get done." Beginning today I focus on signing every form, RSVP'ing to every invitation, and paying for every field trip immediately. Abandoning my patented system of leaving papers to fester means that I don't misplace permission slips or sensitive mail. Thus fortified, I forgive Noel the rest of her baroque system, which includes a three-ring binder, two notebooks, 100 index cards, five 9-by-12 envelopes, a yellow highlighter, four self-adhesive clear pouches, and a three-hole punch.

1 2 3 4

DAILY FINDS

6 Salsas Worth Celebrating

Shake up your chip and dip routine with these fabulous, fresh-tasting salsas from a bevy of small-batch makers.

SEE ALL »

*Posts from our Partners*

- Great Design Plant: Carex Eburnea (3 photos)

How are Amazon shoppers saving on gifts this year? Read this

[Pics] Rudeness Is Gonna Be Gone Again For A While

Recommended by Outbrain

*Posts from our Partners*

- Great Design Plant: Carex Eburnea (3 photos)
  For years I've struggled with the north side of my house, where, depending...
  from Houzz
- DIY a Simple 2X4 Shelf for Extra Decor Space
  Take over that overbearing empty wall with this DIY that's super easy,...
  from The Nest Blog » house & home
- How to Tell the Fixer-Uppers From the Flops
  Trulia can help you decipher the difference between a flop and a true future...
  from POPSUGAR Home
- 'Pizza Towel' Will Make Your Beach Days Utterly Doughlightful
  This beach towel is totally cheesy ... in the best way....
  from HuffPost Home - The Huffington Post
- Nepal earthquake: Health threats loom over survivors
  The aftermath of the Nepal earthquake brings a risk of disease outbreaks —...

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 17 of Plaintiff's Complaint and therefore denies the same.**

18. As early as March 30, 2014, Defendant copied and posted Copyrighted Photographs to its @MarthaStewartWeddings social media feed, www.pinterest.com/pin/255931191298710502/ and www.pinterest.com/pin/86764730300113123/:









**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 18 of Plaintiff's Complaint and therefore denies the same.**

19. On or about June 1, 2021, Defendant copied and posted Copyrighted Photographs to its @MarthaStewart social media feed, www.pinterest.com/pin/474566879493602962/ and www.pinterest.com/pin/474566879493602921/:






**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 19 of Plaintiff's Complaint and therefore denies the same.**

20. Defendant is not and has never been licensed to use or display Copyrighted Photographs for use in digital media and social media use.

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 20 of Plaintiff's Complaint and therefore denies the same.**

21. Defendant previously contacted Plaintiff to seek permission to use Copyrighted Photographs 2-13 in connection with its magazine publication, Martha Stewart Weddings, for print use only.

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 21 of Plaintiff's Complaint and therefore denies the same.**

22. Defendant is not and has never been licensed to use Copyrighted Photographs 1, 14, and 15 in any way.

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 22 of Plaintiff's Complaint and therefore denies the same.**

23. Upon information and belief, Defendant located copies of Copyrighted Photographs on the internet and, rather than contact Plaintiff to secure original or additional licenses as needed, simply copied Copyrighted Photographs for its own commercial use.

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 23 of Plaintiff's Complaint and therefore denies the same.**

24. Plaintiff first discovered Defendant's unauthorized use/display of Copyrighted Photographs on June 23, 2022.

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 24 of Plaintiff's Complaint and therefore denies the same.**

25. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use.

**RESPONSE: Defendant admits that it received a letter dated July 11, 2024 from Plaintiff's counsel. Defendant denies any and all liability and states that the letter is a written document that speaks for itself. Defendant denies all remaining allegations contained in Paragraph 25 of Plaintiff's Complaint and therefore denies the same.**

26. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of Copyrighted Photographs.

**RESPONSE: Defendant admits that the parties have not resolved their dispute and denies any and all liability associated with Plaintiff's claims. Defendant is without**

**sufficient information or knowledge to admit or deny the remaining allegations contained in Paragraph 26 of Plaintiff's Complaint and therefore denies the same.**

**COUNT I**

27. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

**RESPONSE: Defendant repeats and incorporates by reference the responses of paragraphs 1 through 26 of Plaintiff's Complaint as if fully set forth herein.**

28. Copyrighted Photographs are original works of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

**RESPONSE: The allegations of Paragraph 28 of Plaintiff's Complaint are legal conclusions to which no response is required. Defendant expressly denies that Plaintiff has any valid cause of action against Defendant and any liability associated with or arising from Plaintiff's alleged claims.**

29. Rodney Smith, Ltd. owns a valid copyright in Copyrighted Photographs, having registered Copyrighted Photographs with the Register of Copyrights.

**RESPONSE: Defendant is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 29 of Plaintiff's Complaint and therefore denies the same.**

30. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

**RESPONSE: The allegations of Paragraph 30 of Plaintiff's Complaint are legal conclusions to which no response is required. To the extent Paragraph 30 contains statements that are not legal conclusions, Defendant expressly denies that Plaintiff has any**

**valid cause of action against Defendant and any liability associated with or arising from Plaintiff's alleged claims.**

31. Defendant reproduced, distributed, and publicly displayed Copyrighted Photographs without authorization from Plaintiff.

**RESPONSE: Denied.**

32. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Copyrighted Photographs for its own commercial purposes.

**RESPONSE: Denied.**

33. Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

**RESPONSE: Denied.**

34. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

**RESPONSE: Denied.**

35. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of Copyrighted Photographs and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of Copyrighted Photographs, which amounts shall be proven at trial.

**RESPONSE: Denied.**

**Defendant denies that Plaintiff is entitled to a judgment or to any of the relief sought in Plaintiff's Complaint. Judgment should be entered in Defendant's favor and Plaintiff's Complaint should be dismissed with prejudice.**

## AFFIRMATIVE DEFENSES

Defendant asserts the following defenses and affirmative defenses to the allegations in Plaintiff's Complaint, without prejudice to the denials in this Answer and without admitting any allegations of Plaintiff's Complaint not otherwise admitted, and hereby reserves the right to supplement or amend these defenses before trial:

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by the doctrines of estoppel, waiver and/or acquiescence.

3. Plaintiff's claims are barred by the doctrine of laches.

4. Plaintiff's claims are barred by the doctrine of unclean hands.

5. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

6. Plaintiff's claims are barred because Defendant did not copy Plaintiff's alleged copyrighted materials.

7. Plaintiff's claim must fail because even if Defendant had copied Plaintiff's alleged copyrighted materials, such copying would have been fair use.

8. Plaintiff's claims must fail because the alleged copied materials would have been *de minimis*, *scenes a fair*, or not protected pursuant to the merger doctrine.

9. Plaintiff's alleged copyrights are invalid because they are not original and/or lack copyrightable subject matter.

10. Plaintiff's claim must fail because even if Defendant had copied Plaintiff's alleged copyrights, that which would have been copied would not have been protectable expression.

11. Upon information and belief, Plaintiff is barred from asserting its claim because

in the application for registration of the work in suit, the copyright claimant willfully misstated or failed to state facts that, if known to the Copyright Office, would have constituted reason for rejecting the applications.

12. Plaintiff's alleged copyrights are invalid and the materials therein are incapable of protection.

13. Plaintiff's claims are barred because Plaintiff has not suffered any damages.

14. Defendant's alleged actions were justified, lawful and legal, and immune from liability.

15. Plaintiff's claims are barred because Defendant is not liable for another party's acts because there is no agency, joint venture, partnership, or alter ago relationship.

16. Plaintiff's claims are barred because Defendant is not a proper party to this litigation.

17. Plaintiff's claims are barred because the real party in interest has not been joined, and the case cannot proceed fairly without them.

18. Plaintiff's damages, if any, were the result of its own conduct. Plaintiff's claims are barred, in whole or in part, due to its failure to mitigate its alleged damages. Alternatively, Plaintiff's claims are barred, in whole or in part, due to its complete mitigation of its alleged damages.

19. Plaintiff is not entitled to injunctive relief because any alleged injury to Plaintiff is not immediate or irreparable, and Plaintiff has an adequate remedy at law.

20. Defendant reserves the right to assert additional defenses upon discovery of further information concerning Plaintiff's claim.

WHEREFORE, Defendant Dotdash Meredith Inc. respectfully requests that this Court enter judgment in its favor and against Plaintiff and dismiss this action with prejudice as

frivolous and unjustified and order Plaintiff, pursuant to, among other things, 17 USC § 505, to pay Defendant such costs, attorneys' fees, and expenses incurred by Defendant, and interest thereon in defending this lawsuit, and such other further relief as this Court deems just and proper.

Respectfully submitted, this 12th day of August, 2025.

/s/ Gail Podolsky
Gail Podolsky
Podolsky Law LLC
New York Bar No. 6146815
136 Madison Avenue
5th and 6th Floors
New York, New York 10016
(404) 282-7776
gail@podolsky-law.com

***Attorney for Defendant***
***Dotdash Meredith Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk by using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

This 12th day of August, 2025.

/s/ Gail Podolsky
Gail Podolsky